1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION
10

11 | UNITED STATES OF AMERICA,    )    No. CR 06-0233 WHA
                                  )
12 |     Plaintiff,                )
                                  )    [PROPOSED] ORDER AND
13 | v.                            )    STIPULATION RE MODIFICATION
                                  )    OF BOND CONDITIONS
14 | CHRISTINA KYEONGHEE KIM,     )
     aka Kyeong Hee Kim; Kyung Kim, )
15                                )
         Defendant.                )
16  _____ )

17

18      With the agreement of the parties in open court on May 16, 2006 and with the

19 consent of the defendant Christina Kyeonghee Kim ("defendant"), the Court enters the

20 following order modifying the conditions of Kim's pretrial release.   In addition to the

21 conditions set forth by Judge Larson on April 12, 2006, the following conditions will also

22 be imposed, effective immediately:

23      1)   Defendant shall not open any new lines of credit with a financial institution,

24           whether directly or indirectly through a third party, including, but not

25           limited to, new bank accounts, credit card accounts, or loans, without prior

26           approval from pretrial services.

27      2)   Defendant shall not borrow over $1,000 from any individual without prior

28           approval from pretrial services.

STIPULATION RE BOND
[CR 06-0233] [WHA]                      1

1  3) Defendant shall provide pretrial services access to financial information
2     upon request.
3  4) Defendant shall seek current and maintain verifiable employment.
4  5) Defendant is permitted to travel through the Eastern District of California as
5     necessary to travel to and from the Northern and Central Districts of
6     California.

**IT IS SO STIPULATED.**

DATED: May 16, 2006            KEVIN V. RYAN
                               United States Attorney

                                /S/ Stacey P. Geis
                               STACEY P. GEIS
                               Assistant United States Attorney

DATED: May 16, 2006             /S/ Randolph Daar
                               RANDOLPH DAAR, Esq.
                               Counsel for Christina K. Kim

**IT IS SO ORDERED.**

DATED: May 17, 2006

                               HONORABLE ELIZABETH D. LAPORTE
                               Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIPULATION RE BOND
[CR 06-0233] [WHA]                    2