KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0233 WHA |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| CHRISTINA KYEONGHEE KIM, ) | |
|     Defendant. ) | |

    With the agreement of the parties in open court on May 16, 2006 and with the consent of the defendant Christina Kyeonghee Kim ("defendant"), the Court enters this order (1) setting the next court appearance for June 13, 2006 at 2:00 p.m. in front of this Court; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 16, 2006 to June 13, 2006. The parties agree, and the Court finds and holds, as follows:

///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0233 WHA]

1   1.  The Court finds that, taking into the account the public interest in the prompt
2   disposition of criminal cases, granting the continuance until June 13, 2006 is necessary
3   for effective preparation of counsel and for continuity of counsel.  See 18 U.S.C.
4   § 3161(h)(8)(B)(iv).  Given these circumstances, the Court finds that the ends of justice
5   served by excluding the period from May 16, 2006 to June 13, 2006 outweigh the best
6   interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).
7   2.  Accordingly, and with the consent of the defendant, the Court (1) orders the next
8   appearance in front of this Court on June 13, 2006 at 2:00 p.m.; and (2) orders that the
9   period from May 16, 2006 to June 13, 2006 be excluded from Speedy Trial Act
10  calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

12  IT IS SO STIPULATED.

13  DATED: May 30, 2006                    /S/ Randolph Daar
14                                         Randolph Daar, Esq.
                                           Attorney for Christina K. Kim

16  DATED: June 2, 2006                    /S/ Stacey P. Geis
17                                         Stacey P. Geis
                                           Assistant U.S. Attorney

19  IT IS SO ORDERED.

21  DATED: 6/5/06    _____        _____
22                                         The Honorable William Alsup
                                           United States District Judge



[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0233 WHA]          -2-