KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0233 WHA |
|     Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| CHRISTINA KYEONGHEE KIM, ) | |
|     Defendant. ) | |

With the agreement of the parties in open court on June 13, 2006 and with the consent of the defendant Christina Kyeonghee Kim ("defendant"), the Court enters this order (1) setting the next court appearance for July 18, 2006 at 2:00 p.m. in front of this Court; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 13, 2006 to July 18, 2006. The parties agree, and the Court finds and holds, as follows:

///

///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0233 WHA]

1     1. The Court finds that, taking into the account the public interest in the prompt
2  disposition of criminal cases, granting the continuance until July 18, 2006  is necessary
3  for effective preparation of counsel and for continuity of counsel.  See 18 U.S.C.
4  § 3161(h)(8)(B)(iv).  Given these circumstances, the Court finds that the ends of justice
5  served by excluding the period from June 13, 2006 to July 18, 2006 outweigh the best
6  interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).
7     2. Accordingly, and with the consent of the defendant, the Court (1) orders the next
8  appearance in front of this Court on July 18, 2006 at 2:00 p.m.; and (2) orders that the
9  period from June 13, 2006 to July 18, 2006 be excluded from Speedy Trial Act
10 calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

12 IT IS SO STIPULATED.

13 DATED: June 19, 2006            /S/ Anne Marie Tomassini
14                                 Anne Marie Tomassini
                                   Attorney for Christina K. Kim

16 DATED: June 19, 2006            /S/ Stacey P. Geis
17                                 Stacey P. Geis
                                   Assistant U.S. Attorney

19 IT IS SO ORDERED.

21 DATED:  6/20/06



The Honorable
United States District Judge
Judge William Alsup

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0233 WHA]        -2-