KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0233 WHA |
|     Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| CHRISTINA KYEONGHEE KIM, ) | |
|     Defendant. ) | |

    With the agreement of the parties in open court on May 16, 2006 and with the consent of the defendant Christina Kyeonghee Kim ("defendant"), the Court enters this order (1) setting the next court appearance for January 8, 2007 at 2:00 p.m. in front of this Court; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 18, 2006 to January 8, 2007. The parties agree, and the Court finds and holds, as follows:

///

///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0233 WHA]

1      1.  The Court finds that, taking into the account the public interest in the prompt
2   disposition of criminal cases, granting the continuance until January 8, 2007 for a pretrial
3   conference is necessary for effective preparation of counsel and for continuity of counsel.
4   See 18 U.S.C. § 3161(h)(8)(B)(iv).  Given these circumstances, the Court finds that the
5   ends of justice served by excluding the period from July 18, 2006 to January 8, 2007
6   outweigh the best interest of the public and the defendant in a speedy trial.  Id.
7   § 3161(h)(8)(A).
8      2.  Accordingly, and with the consent of the defendant, the Court (1) orders the next
9   appearance in front of this Court on January 8, 2007 at 2:00 p.m. for a pretrial conference;
10  and (2) orders that the period from July 18, 2006 to January 8, 2007 be excluded from
11  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
12
13  IT IS SO STIPULATED.
14
15  DATED: 8/16/06                    /S/ Randolph Daar
                                      Randolph Daar, Esq.
16                                    Attorney for Christina K. Kim
17
18  DATED: 8/11/06                    /S/ Stacey P. Geis
                                      Stacey P. Geis
19                                    Assistant U.S. Attorney
20
    IT IS SO ORDERED.
21
22
    DATED: 8/28/06
23                                    
                                      The Ho
                                      United
24
25
26
27
28

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0233 WHA]        -2-