1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  STACEY P. GEIS (CSBN 181444)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7126
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10             UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )     No.  CR 06-0233 WHA
                                     )
15        Plaintiff,                 )
                                     )
16    v.                             )     [PROPOSED] ORDER TO CONTINUE
                                     )     TRIAL DATE AND PRE- TRIAL
17  CHRISTINA KYEONGHEE KIM,         )     MOTIONS SCHEDULE
                                     )
18        Defendant.                 )     Judge:       The Hon. W. Alsup
                                     )     Hearing Date: Tuesday, Nov. 14, 2007
19  _____)   Time:        2:00 p.m.

20

21

22

23         Finding good cause, and with agreement from both parties, the Court hereby enters

24  this order continuing the trial date in this matter to May 22, 2007 and ordering the

    following trial schedule:
25
           April 10, 2007 – deadline for filing pretrial motions
26
           April 24, 2007 – hearing date for pretrial motions
27
           ~~May 1, 2007~~  – pretrial conference
28
       April 30, 2007

    [PROPOSED] ORDER RE
    CONTINUANCE OF TRIAL DATE [CR 06-0233 WHA]

1    May 22, 2007  – jury trial.

2    The Court further finds that, taking into the account the public interest in the

3  prompt disposition of criminal cases, granting the continuance of a trial date until May

4  22, 2007 is necessary for effective preparation of counsel and for continuity of counsel.

5  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Given these circumstances, the Court finds that the

6  ends of justice served by excluding the period from July 18, 2006 to May 22, 2007

7  outweigh the best interest of the public and the defendant in a speedy trial.  Id.

8  § 3161(h)(8)(A).  Accordingly, the Court orders that the period from July 18, 2006 to

9  May 22, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C.

10  § 3161(h)(8)(A) & (B)(iv).

11

12  IT IS SO ORDERED.

13

14  DATED: _November 15, 2006_



15  The Ho_____ up
    United S_____ g

16  The hearing on November 21, 2006
17  is VACATED.

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE
CONTINUANCE OF TRIAL DATE [CR 06-0233 WHA]    -2-