UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>CHRISTINA K. KIM<br>    Defendant.<br>_____/ | CR 06-233 WHA<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND PRE-TRIAL MOTION FILING DEADLINE |

    PLEASE TAKE NOTICE that the parties jointly move for the court to accept their proposed stipulation extending the pre-trial motion deadline in the above case from April 10, 2007 to April 17, 2007. The parties are in the process of finalizing a plea agreement and expect to present a plea to the court on April 10, 2007. If for some unforseen reason a plea is not entered this extension will allow parties time to file their pre-trial motions thereby preserving the trial date.

    Dated: April 4, 2007

/s/ RANDOLPH E. DAAR
RANDOLPH E. DAAR Attorney for
CHRISTINA KIM Defendant

/s/ STACY K. LUCK
STACEY K. LUCK
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: April 6, 2007

_____
WILLIAM A. ALSUP, Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331