UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 06-233 WHA |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING |
| CHRISTINA K. KIM | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE, that the sentencing now scheduled for July 24, 2007, shall be continued to 2:00 p.m. on October ~~16~~ 23, 2007, or to any other date convenient to the court and the parties.

Dated: July 20, 2007

/s/ RANDOLPH E. DAAR  
RANDOLPH E. DAAR  
Attorney for CHRISTINA KIM

/s/ STACEY K. LUCK  
STACEY K. LUCK  
Assistant U.S. Attorney

Finding good cause and with the consent of all parties, **IT IS HEREBY ORDERED** that the sentencing in this matter is continued to October ~~16~~ 23, 2007, at 2:00 p.m.

Dated: July 24, 2007

IT IS SO ORDERED  
Judge William Alsup

WILLIAM A. ALSUP, District Judge  
United States District Court

LAW OFFICES  
506 BROADWAY  
SAN FRANCISCO  
(415) 986-5591  
Fax: (415) 421-1331

```
 1  RANDOLPH E. DAAR #88195
    506 Broadway
 2  San Francisco CA 94133
    Telephone: 415/986-5591
 3
    Attorney for Defendant
 4  CHRISTINA K. KIM
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 06-233 WHA |
| v. | DECLARATION OF COUNSEL IN SUPPORT OF REQUEST TO CONTINUE SENTENCING |
| CHRISTINA K. KIM | |
| Defendant. | |

This matter is presently set for sentencing on July 24, 2007, at 2:00 a.m. Defendant Christina Kim, through counsel, is seeking to continue sentencing. Ms. Kim resides in Eureka, California, where she has primary custody of her 12 year-old daughter. Her Probation Officer is located in San Francisco. The rest of her family, including her 21 year-old daughter who attends college, resides in southern California. This summer has seen both Ms. Kim's father and mother in and out of the hospital for serious medical problems. In addition, her older daughter will be having surgery next week, requiring a stay in the hospital.

Due to the distances involved and the amount of time Ms.

Kim has been required to spend in southern California, the initial Probation interview was delayed until June 12, 2007. Defense has provided Probation with the psychological evaluation and other materials related to defendant's fragile psychological condition.  Probation will need additional time to complete its report.

    Defense counsel has spoken to Assistant United States Attorney Stacey Luck, who does not oppose, and to Probation Officer Cheryl Simone, who joins in this request for continuance of sentencing in this matter to October 16, 2007, at 2:00 p.m., or any other date convenient to the court and the parties.

    I declare under penalty of perjury that the foregoing is true and correct, and as to matters stated on information and belief, I believe them to be true.

    Executed on July 20, 2007, at San Francisco, California.

    /s/ RANDOLPH E. DAAR  
    RANDOLPH E. DAAR