UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTINA K. KIM,

    Defendant.
_____/

CR 06-233 WHA

<u>ORDER RELEASING PASSPORT</u>

Upon the request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that Christina Kim's passport shall be released by the Office of Passport Policy and Planning and Advisory Services, Bureau of Consumer Affairs, to attorneys Randolph E. Daar and Anne Marie Tomassini, 506 Broadway, San Francisco, California 94133, for immigration purposes. Ms. Kim shall not be provided physical possession of her passport.

Dated: July 11, 2008.

IT IS SO ORDERED
Judge William Alsup

_____
WILLIAM ALSUP, Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331