IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTINA KYEONGHEE KIM,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 06-0233 WHA<br><br>**ORDER REQUESTING RESPONSES FROM THE GOVERNMENT AND PROBATION** |

　　　　The Court is in receipt of defendant's ex parte application for the return of her passport. The government and probation are requested to respond **BY OCTOBER 20, 2016**.

　　　　**IT IS SO ORDERED.**

Dated:  October 5, 2016.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE