**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0233 WHA |
| Plaintiff, | |
| v. | |
| CHRISTINA KYEONGHEE KIM, | **ORDER RE MOTION FOR RETURN OF PASSPORT** |
| Defendant. | |

The government stated that defendant's passport is in the possession of the State Department, which requires defendant to follow specific procedures to obtain her passport from the State Department. Although the State Department does not require a court order, it does require a letter from a probation officer. Kristen Coleman of the United States Probation Office has informed the Court there is no reason defendant should not possess a passport and that it has no objection to her previously issued passport being returned to her, but defendant indicated she has had difficulty obtaining a letter from Anuja Gregg, whom defendant described as her supervising probation officer.

Defendant shall undertake the procedures required by the State Department, and the Probation Office is hereby **ORDERED** to promptly submit a letter to the State Department authorizing the release of defendant's passport and to send a copy to defendant.

**IT IS SO ORDERED.**

Dated: November 2, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE